UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Nathaniel Smith,

       Petitioner,

vs.                                              ORDER ADOPTING
                                                  REPORT AND RECOMMENDATION

United States of America,

       Respondent.                  Civ. No. 12-2783 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1.     Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241, (Docket No. 1), is construed to be a motion to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255;

    2.     The Clerk of Court is directed to re-file Petitioner's submissions in this case, and docket them as a § 2255 motion in <u>United States v. Smith</u>, No. 09-286 (ADM/JJK); and

    3.     Petitioner's application to proceed <u>in forma pauperis</u>, (Docket No. 2), is DENIED AS MOOT.


DATED: December 10, 2012                              s/Michael J. Davis
At Minneapolis, Minnesota                        Michael J. Davis, Chief Judge
                                                                   United States District Court